IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **MICHAEL RAMIREZ** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | C.A. NO. _____ |
| | § | |
| | § | |
| **THE CITY OF TEXAS CITY, TEXAS** | § | |
| *Defendant.* | § | |

### CITY OF TEXAS CITY'S NOTICE OF REMOVAL

COMES NOW, The City of Texas City, Texas (the "City"), the only defendant in this civil action, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) and (b).

#### I. IDENTITY OF STATE COURT ACTION BEING REMOVED

1. The civil action being removed was initiated in the 56th Judicial District of Galveston County, Texas, and was assigned docket number 23-CV-1949 ("State Court Action").

#### II. BASIS FOR REMOVAL

2. The City is entitled to remove this case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 because this is a civil action involving claims arising under the Constitution, laws, or treaties of the United States. On October 12, 2023, Plaintiff Michael Ramirez, ("Plaintiff") commenced this action by filing an Original Petition in the 56th Judicial District Court of Galveston County, Texas. Plaintiff alleges, *inter alia,* that certain actions by the City violated his rights under the United States Constitution. More specifically, Plaintiff alleges that the City violated 42 U.S.C. § 1983 by depriving Plaintiff of his civil rights, including his rights to substantive and procedural due process rights under the Due Process clause of the Fourteenth Amendment to the United States Constitution.

### III. JURISDICTION

3.     This Court has original jurisdiction of this action under 28 U.S.C. §§ 1331 and 1441 because Plaintiff has alleged violations of the United States Constitution and asserted claims for recovery under federal law.

### IV. VENUE

4.     Venue is proper in the Southern District of Texas, Galveston Division, pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the state court action is pending in Galveston County, Texas, which is within this judicial district and division.

### V. TIMELY REMOVAL

5.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). The City was served with a copy of Plaintiff's Original Petition, by email, in the State Court Action on October 16, 2023. No return of service has been filed in the State Court Action. This notice of removal is being filed within thirty (30) days of receipt of the initial pleading.

### VI. STATE COURT PROCESS, PLEADINGS AND ORDERS

6.     The City will give notice of filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d). The City will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this notice of removal.

7.     The City has filed with this notice of removal copies of: (a) the state court pleadings; (b) the state court docket sheet; (c) an index of matters being filed; and (d) a list of all counsel of record, as required by 28 U.S.C. § 1446(a) and LR 81 of the United States District Court, Southern District of Texas. The City has not filed an answer and no return of service has been filed in the State Court Action, and the state court judge has not executed any orders.

8.   As of the filing of this notice of removal, no other defendants have been "properly joined and served," and, therefore, the City is not required to obtain consent to the removal of this action from the other defendant pursuant to 28 U.S.C. § 1446(b)(2)(A).

## VII.  EXHIBITS

9.   Pursuant to LR 81 of the Local Rules of the United States District Court for the Southern District of Texas, the following documents are attached to this notice of removal as corresponding lettered exhibits:

Exhibit A:   Index of Matters Being Filed

   Exhibit A-1:   State Court Docket Sheet

   Exhibit A-2:   Plaintiff's Original Petition

   Exhibit A-3:   56th District Court's Notice of Status Conference

Exhibit B:   A list of all counsel of record

## VIII.  PRAYER

WHEREFORE, Defendant City of Texas City, Texas, pursuant to the statutes cited herein and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 56th Judicial District Court of Galveston County, Texas, to this Court.

Respectfully submitted,

MURRAY | LOBB, P.L.L.C.

By: */s/ Kyle L. Dickson*
    Kyle L. Dickson, *Attorney-in-Charge*
    State Bar No. 05841310
    Southern District Bar No. 13441
    2200 Space Park Drive, Suite 350
    Houston, Texas 77058
    Ph:   (281) 488-0630
    Fx:   (281) 488-2039
    Email: *kdickson@murray-lobb.com*

ATTORNEYS FOR DEFENDANT
THE CITY OF TEXAS CITY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in the appropriate manner to all known parties and/or counsel of record on October 26, 2023.

    */s/ Kyle L. Dickson*
    Kyle L. Dickson

Savannah Robinson
savannahrobinson@aol.com
1822 Main
Danbury, TX 77534
*Attorney for Plaintiff*