Case 3:23-cv-00356   Document 68   Filed on 07/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-356 |
| | § | |
| CITY OF TEXAS CITY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the court's findings of facts and conclusions of law, Dkt. 67, the court renders judgment for the plaintiff. IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Michael Ramirez shall recover the sum of $1.00 in nominal damages from the City of Texas City on his constitutional claim.

2. The city is therefore liable for and must pay Ramirez:

    a. The principal amount of $1.00, and

    b. Post-judgment interest on all amounts awarded in this Final Judgment at the rate of 4.08%, compounded annually, from the date of entry of this Final Judgment until it is paid in full.

3. Each party shall bear his/its own attorney's fees, court costs, and expenses.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 18th day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE