**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

MICHAEL RAMIREZ,

                Plaintiff,

v.

CITY OF TEXAS CITY,

                Defendant.

Civil Action No. 3:23-cv-00356

**NOTICE OF APPEAL**

Plaintiff Michael Ramirez, by and through his undersigned counsel, hereby files this Notice of Appeal to the U.S. Court of Appeals for the Fifth Circuit from the Final Judgment, filed July 18, 2025 (Dkt. 68).

DATED: August 6, 2025.

Respectfully submitted,

/s/ J. David Breemer
J. David Breemer
S.D. Tex. No. 632473
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
jbreemer@pacificlegal.org

Savannah L. Robinson
*Attorney in Charge*
S.D. Tex. No. 17108150
Attorney at Law
1822 Main Street
Danbury, Texas 77534
Telephone: (979) 922-8825
savannahrobinson@aol.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I served the foregoing document

via the Court's electronic filing system to all counsel of record.


/s/ J. David Breemer
J. David Breemer