**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| MICHAEL RAMIREZ,<br><br>Plaintiff,<br>v.<br><br>CITY OF TEXAS CITY,<br><br>Defendant. | Civil Action No. 3:23-cv-00356<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that J. David Breemer hereby withdraws his appearance in the above-captioned manner as counsel for Plaintiff Michael Ramirez. Savannah L. Robinson will remain as counsel of record for Plaintiff.

DATED: September 25, 2026.

Respectfully submitted,

/s/ J. David Breemer
J. David Breemer
S.D. Tex. No. 632473
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
jbreemer@pacificlegal.org

Savannah L. Robinson
*Attorney in Charge*
S.D. Tex. No. 17108150
Attorney at Law
1822 Main Street
Danbury, Texas 77534
Telephone: (979) 922-8825
savannahrobinson@aol.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I served the foregoing document via the Court's electronic filing system to all counsel of record.

/s/ J. David Breemer
J. David Breemer