**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

Michael Ramirez

v. Case Number: 3:23−cv−00356

City of Texas City

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Settlement Conference set for 11/6/2026 at 08:00 AM before Magistrate Judge Andrew M Edison, by video.

Date: October 26, 2026

Nathan Ochsner, Clerk
by V. Pacheco , Deputy Clerk